AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Black and Blue Samsung Cellular Phone<br>Bearing IMSI #A0000048AB3C22<br>(Subject Telehpone #1) | )<br>)<br>) Case No. 16-139 MR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

Subject Telehpone #1, more fully described in Attachment A, which is attached and fully incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and fully incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     _____March 1, 2016_____
                                                                                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Gregory B. Wormuth_____ .
                                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  *18 Feb 2016*
                                   *1410 hrs*                                    _____
                                                                                                    *Judge's signature*

City and state:   Las Cruces, New Mexico               Gregory B. Wormuth, United States Magistrate Judge
                                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: _____

                                                   _____
                                                              *Executing officer's signature*

                                                   _____
                                                                 *Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The affidavit, *see* **Attachment C**, is submitted in support of warrants to search and seize information, more fully described in **Attachment B**, contained in the following electronic devices (referred to in **Attachment B** and **Attachment C** as Subject Telephone #1, Subject Telephone #2, and Subject Telephone #3):

### Subject Telephone #1

Subject Telephone #1 is described as a black and blue Samsung Verizon, flip-style cellular phone bearing IMSI #A0000048AB3C22. Subject Telephone #1 was seized from Daniel Aran at the time of the execution of a search warrant and Aran's arrest on January 28, 2016. Subject Telephone #1 is currently in the custody of the New Mexico State Police in Las Cruces, New Mexico.

### Subject Telephone #2

Subject Telephone #2 is described as a black Verizon Galaxy Note 4, "smart" cellular telephone bearing IMSI #353756073408205. Subject Telephone #2 was seized from Daniel Aran at the time of the execution of a search warrant and Aran's arrest on January 28, 2016. Subject Telephone #2 is currently in the custody of the New Mexico State Police in Las Cruces, New Mexico.

### Subject Telephone #3

Subject Telephone #3 is described as a black and blue Samsung Verizon, flip-style cellular telephone bearing IMSI #A0000048D09DD7. Subject Telephone #3 was seized from Daniel Aran at the time of the execution of a search warrant and Aran's arrest on January 28, 2016. Subject Telephone #3 is currently in the custody of the New Mexico State Police in Las Cruces, New Mexico.

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED/INFORMATION TO BE RETRIEVED

The particular things to be seized include all records, in whatever format, stored on Subject Telephone #1, Subject Telephone #2, and Subject Telephone #3. (collectively referred to as the "Subject Telephones") described in **Attachment A** that are related to violations of 21 U.S.C. §§ 841, including:

1. Digital, cellular, direct connect, and/or other phone numbers, names, addresses, and other identifying information of customers, distributors, sources of supply and other associates of the user of the Subject Telephones;

2. Digital, cellular, direct connect, and/or other phone numbers dialed from, which contacted, or which are otherwise stored on, the Subject Telephones, along with the date and time each such communication occurred;

3. Text message logs and text messages whether sent from, to, or drafted on, the Subject Telephones, along with the date and time each such communication occurred;

4. The content of voice mail messages stored on the Subject Telephones, along with the date and time each such communication occurred;

5. Photographs or video recordings;

6. Information relating to the schedule, whereabouts, or travel of the user of the Subject Telephones;

7. Information relating to other methods of communications utilized by the user of the Subject Telephone's and stored on the Subject Telephones

8. Bank records, checks, credit card bills, account information and other financial records; and

9. Evidence of user attribution showing who used or owned the Subject Telephones, such as logs, phonebooks, saved usernames and passwords, documents, and internet browsing history.